Anthony L. Martin
Nevada Bar No. 008177
anthony.martin@ogletreedeakins.com
Christopher M. Pastore
Nevada Bar No. 011436
christopher.pastore@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
Telephone:   (702) 369-6800
Facsimile:   (702) 369-6888

*Attorneys for Defendant ITT Educational Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH BRODY,<br><br>            Plaintiff,<br><br>vs.<br><br>ITT EDUCATIONAL SERVICES, INC.,<br><br>            Defendant. | Case No.: 2:09-CV-01732-LDG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Judith Brody and Defendant ITT Educational Services, Inc., by and through their respective counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety, each party to bear its own fees and costs.

///

///

///

///

IT IS SO STIPULATED:

Dated this 31st day of August, 2011.

**LAW OFFICES OF DANIEL MARKS**

_____
Adam Levine
530 South Las Vegas Boulevard, Suite 300
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 31st day of August, 2011.

**OGLETREE DEAKINS NASH SMOAK AND STEWART, P.C.**

_____
Anthony L. Martin
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
702.369.6800 phone
702.369.6888 fax
*Attorneys for Defendant ITT Educational Services, Inc.*

**ORDER**

IT IS SO ORDERED.

Dated this 7 day of Sept, 2011.

_____
DISTRICT COURT JUDGE

10777018.1 (OGLETREE)

2